# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/1/2015 1:51:39 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12-14-00368-CR**

Trial Court Style: THE STATE OF TEXAS V. JOHN CALVIN MARSHALL

Trial Court & County: 294th JUDICIAL DISTRICT, VAN ZANDT COUNTY, TEXAS

Trial Court No.: CR11-00070

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: February 2, 2015

Anticipated Number of Pages of Record: 1,000

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

☐     to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒     my duties listed below preclude working on this record: This case is a retained case and I received payment on January 15, 2015.

 I recently completed/submitted a 17-volume capital murder appeal and within the last 2 weeks received 3 other notices of appeals from the district clerk.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by February 20, 2015, and **I hereby request an additional  20  days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.


February 1, 2015                              //S/ Estella T. Grisham
Date                                         Signature

903-567-4422 X. 358                          Estella T. Grisham
Office Phone Number                          Printed Name

egrisham@vanzandtcounty.org
E-mail Address (if available)                Official Title Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.


The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name:Mr. Dean White

Address: 690 W. Dallas

Canton, Texas 75103

Phone no.:903-567-4155

Attorney for: John Calvin Marshall

Lead Counsel for **APPELLEE(S)**:

Name: Mr. Chris Martin

Address:  400 S. Buffalo

Canton, Texas 75103

Phone no.: 903-567-4104

Attorney for: The State of Texas